# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

McGhee, Plaintiff,

v.

Delanor, Kemper, Defendant.

Case No. 09C 564

## NOTICE FROM COURT

Judge Lynn Adelman  Date: 1/7/10

By: *mw*

File is administratively closed per Judge Adelman.