# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Erika McGhee,<br><br>   Plaintiff,<br><br>v.<br><br>Delanor, Kemper & Associates, LLC,<br><br>   Defendant. | Case No. 2:09-cv-564-LA<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), and hereby dismisses the present action with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Richard J. Meier*
   Richard J. Meier, Esq.
   233 S. Wacker Drive, Suite 5150
   Chicago, IL 60606
   Tel: 1.866.339.1156
   Fax: 1.312.822.1064
   rjm@legalhelpers.com
   *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail:

Matthew R. Rosenkoff, Esq.
Weinstock & Scavo, P.C.
3405 Piedmont Road, Suite 300
Atlanta, GA 30305

*/s/ Richard J. Meier*